**Motion Granted; Case Dismissed and Memorandum Opinion filed February 3, 2026.**



In The

# Fifteenth Court of Appeals

---

### NO. 15-25-00192-CV

---

**THE CITY OF TROY, TEXAS; MICHAEL G. MORGAN, MAYOR; LAURIE BAILEY, MAYOR PRO-TEM; AND CITY COUNCIL MEMBERS AMANDA CAMP; BRETT HANSON; JAMES HICKS, AND PAUL RAMIREZ, IN THEIR OFFICIAL CAPACITIES, Appellants**

V.

**TROY PARTNERSHIP, LTD., Appellee**

---

**On Appeal from the 169th District Court
Bell County, Texas
Trial Court Cause No. 24DCV344624**

---

### MEMORANDUM OPINION

Before the Court is Appellee Troy Partnership, Ltd.'s Notice of Nonsuit Without Prejudice and Motion to Dismiss for Mootness. Troy Partnership has an

"unqualified and absolute" right to nonsuit its claims, which "moots [its] case, not merely [its] appeal." *Morath v. Lewis*, 601 S.W.3d 785, 787–88 (Tex. 2020). But any nonsuit "shall not prejudice the right of an adverse party to be heard on a pending claim for affirmative relief." TEX. R. CIV. P. 162. On January 15, 2026, we asked Appellants to notify this Court whether they disagree with Troy Partnership's representation that "Appellants have no pleadings on file seeking affirmative relief." Appellants confirmed that they have no pleadings on file seeking affirmative relief and that they agree to the dismissal. Accordingly, we grant Troy Partnership's motion, vacate the trial court's orders, and dismiss this case as moot. *See Morath*, 601 S.W.3d at 789 (noting that when a case becomes moot on appeal, all previous orders are set aside and the case is dismissed); *Houston Mun. Emps. Pension Sys. v. Ferrell*, 248 S.W.3d 151, 157 (Tex. 2007) (vacating trial court orders as to nonsuiting party and dismissing that party's case).

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.